UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-105** |
| **V.** | * | **SECTION: "D"** |
| **TIMARA LAWRENCE** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO ADOPT MOTION TO SEVER AND IN SUPPORT OF SEVERANCE

TIMARA LAWRENCE moves for a severance of her trial on Count 1 of the second superseding indictment. In support, LAWRENCE adopts the Motion to Sever filed by codefendant Vaness Motta (Rec. Doc. 271). The arguments made by Motta in her severance motion are equally applicable to LAWRENCE.

LAWRENCE is charged in Count 1 of the indictment alleging that she conspired to commit wire fraud and mail fraud. The only allegation in the indictment that is particular to LAWRENCE is found on pages 15-16, paragraph (h) which alleges that as part of a staged collision scheme, LAWRENCE provided HARRIS with stolen person identification information on one occasion. LAWRENCE was not directly involved in any of the accidents. Compared to other defendants in this case, the scope of LAWRENCE's alleged criminal conduct is extremely limited. The portion of the Government's anticipated trial evidence that will pertain directly to LAWRENCE will be minuscule in comparison.

Additionally, LAWRENCE is not mentioned in the Government's *Motion to Admit Statements Under Forfeiture By Wrongdoing Exception.* LAWRENCE's alleged involvement in the charged conspiracy is minimal at best and a joint trial would be extremely prejudicial to

LAWRENCE. For this reason and others, LAWRENCE submits that the *McRae* arguments made in Motta's severance motion (Rec. Doc. 271-1 at 4-5) are particularly relevant in her case.[1]

Respectfully submitted,

/s/ *Rachel M. Yazbeck*
RACHEL M. YAZBECK (BAR #31371)
ATTORNEY FOR TIMARA LAWRENCE
816 N. Columbia St.
Covington, LA 70433
Telephone: (985) 888-1694
Email: rachel@syalegal.com

---

[1] *United States v. McRae*, 702 F.3d 806 (5th Cir. 2012)

CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsels of record.

/s/*Rachel M. Yazbeck*
RACHEL M. YAZBECK