MINUTE ENTRY
VAN MEERVELD, M.J.
JUNE 9, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 24-105 |
| TIMARA N. LAWRENCE | SECTION: D |

### CRIMINAL ARRAIGNMENT

APPEARANCES:   X   DEFENDANT
               X   COUNSEL FOR DEFENDANT   CJA- RACHEL MARIE YAZBECK
               X   ASSISTANT U.S. ATTORNEY   Mary Katherine Kaufman
                   INTERPRETER                                SWORN
                   (TIME:            .M  to         .M)

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO
X / READING OF THE SUPERSEDING INDICTMENT: READ  WAIVED  (SUMMARIZED)

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ^Original^ BOND

__/ BAIL SET AT _____

__/ OTHER: _____

**NOTICE:**  X / PRE-TRIAL CONFERENCE: **AUGUST 11, 2025 at 1:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

X / TRIAL: **SEPTEMBER 8, 2025 at 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE WENDY B. VITTER**

MJSTAR: 00: 03