UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 24-105 |
| SEAN D. ALFORTISH<br>VANESSA MOTTA | SECTION: "D" |
| MOTTA LAW, LLC<br>JASON F. GILES<br>KING FIRM, LLC<br>LEON M. PARKER<br>DIAMINIKE F. STALBERT<br>CARL G. MORGAN<br>TIMARA N. LAWRENCE | VIOLATIONS: 18:1349, 18:1503(a);<br>18:1512(b)(1); 18:1341; 18:1001(a)(2);<br>and 18:2, |

**NOTICE OF MOTION HEARING**
(previously set for 11/20/2025)

Take notice that **ORAL ARGUMENT** on the Government's Motion to Admit Statements Under Forfeiture by Wrongdoing Exception, rec. doc. 227 will be held in this criminal case on **FRIDAY, DECEMBER 5, 2025, at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: November 19, 2025

CAROL L. MICHEL, CLERK
by: Lanie Bryant, Deputy Clerk

TO: **SEAN ALFORTISH- (CUSTODY)**
**Counsel for Defendant- Sean Alfortish**
Shaun Clark, Esq.- sclarke@mbssmartlaw.com

AUSA: Matthew Payne, Brian Klebba, Jeffrey McLaren and Mary Kaufman

**LEON PARKER- (CUSTODY)**
**Counsel for Defendant- Leon Parker**
Stephen Haedicke, Esq.-
stephen@haedickelaw.com

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

Interpreter: **none**

**VANESSA MOTTA- (BOND)**
**Counsel for Defendants- Vanessa Motta and Motta Law, LLC:**
Sean Toomey, Esq.- stoomey@liskow.com

FBI- Special Agent Michael Heimbach

**List of defendants continued on page 2:**

**JASON GILES- (BOND)**
**Counsel for Defendants- Jason Giles and King Firm, LLC**
Richard Terrell Simmons, Jr., Esq. –
**rsimmons@hmhlp.com**

**DIAMINIKE STALBERT- (BOND)**
**Counsel for Defendant- Diaminike Stalbert**
Hester Hilliard, Esq. –
hilliardlawfirm@outlook.com

**CARL MORGAN- (BOND)**
**Counsel for Defendant- Carl Morgan**
Michael Raspanti, Esq.-
mgraspanti013@gmail.com

**TIMARA LAWRENCE- (BOND)**
**Counsel for Defendant- Timara Lawrence**
Rachel Yazbeck, Esq.- rmyazbeck@gmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7709**