**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  24-105** |
| **v.** | * | **SECTION: "D"(1)** |
| | | **(Counts 1 through 8)** |
| **RYAN J. HARRIS,** *et al.* | * | |

*      *      *

## <u>O R D E R</u>

Considering the foregoing Motion for Leave to File Government's Exhibits to its Notice of Intrinsic Evidence, or Alternatively, Evidence Admissible Under Rule 404(b) of the Federal Rules of Evidence, accordingly,

**IT IS ORDERED** that the Government's motion is hereby **GRANTED**. Government's Exhibit A and an unredacted copy of Government's Exhibit B are hereby ordered to be filed under seal.

New Orleans, Louisiana, this _____ day of January, 2026.


_____
HONORABLE WENDY B. VITTER
CHIEF UNITED STATES DISTRICT JUDGE